IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BRIAN SELLERS, #220 070　　　　　　*

　　　Plaintiff,　　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　　*　　　2:09-CV-213-WC
　　　　　　　　　　　　　　　　　　　　　　　(WO)
LOUIS BOYD, WARDEN, *et al.*,　　　*

　　　Defendants.　　　　　　　　　　*

_____

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that this action is DISMISSED without prejudice for Plaintiff's failures to prosecute this matter and to comply with the orders of this court.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done, this 10th day of May 2011.

　　　　　　　　　　　　　　　　　　/s/　Wallace Capel, Jr.
　　　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE